Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PACIFIC COAST SHIPYARDS METAL TRADES TRUST FUND,<br><br>  Plaintiff,<br>v.<br><br>PACIFIC SHIP REPAIR & FABRICATION, INC., a California corporation,<br><br>  Defendant. | Case No. 2:23-cv-00042-JLR<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF A DEFAULT JUDGMENT |

This matter is before the Court on the Plaintiff's motion for entry of default judgment against Defendant Pacific Ship Repair & Fabrication, Inc. (Dkt. # 8.) The Court has reviewed Plaintiff's motion and supporting papers, as well as the pleadings, files, and court records in this matter.

Being otherwise fully advised the Court ORDERS:

1. The Plaintiff's motion is GRANTED;

2. Defendant Pacific Ship Repair & Fabrication, Inc. is ordered to produce its monthly remittance reports for January 2023 and February 2023 to Plaintiff within 30 days of the date of this order.

3. Because contributions were owed under ERISA at the time the Complaint was filed, Defendant Pacific Ship Repair & Fabrication, Inc. is liable to the Trust Funds under ERISA and under the terms of the written trust agreements, for liquidated damages in the amount of $2,529.67 for the period November 2022 through December 2022;

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF A DEFAULT JUDGMENT – 1
2:23-cv-00042-JLR

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

4. The Plaintiff is awarded reasonable attorney fees of $5,140.00 and costs of $532.00 pursuant to 29 U.S.C. §1132(g);

5. Interest on the judgment shall accrue at the federal judgment interest rate; and

6. The Clerk of Court is directed to enter judgment consistent with this order.

Dated: April 19, 2023.

*[signature]*

Honorable James L. Robart
United States District Judge

---

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF A DEFAULT JUDGMENT – 2
2:23-cv-00042-JLR

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900